FILED - USDC - FLMD - ORL
JUN 18 2024 PM 2:26

1

2      UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF FLORIDA
3              ORLANDO DIVISION

4

LEROY L BAINES JR                    )   Case No: 6:24-cv-00753-JSS-LHP
5                                     )
                  Plaintiff,          )   **COMPLAINT**
6            vs.                      )
FIRSTSOURCE ADVANTAGE LLC            )
7                                     )
                  Defendant.          )
8                                     )   Jury Trial:  ☒ Yes   ☐ No
                                      )
9                                     )
                                      )
10                                    )
                                      )
11                                    )
                                      )
12                                    )
                                      )
13  _____   )

          **NOTICE OF DISMISSAL**
14

15

Plaintiff, LEROY L BAINES JR, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with
16  prejudice all claims and causes of action asserted against defendants FIRSTSOURCE
    ADVANTAGE LLC, in the above numbered captioned action, with each party to bear its
17  own cost.

18

19  Date: 6|18|2024

20

21                                         _____
                                           Leroy L Baines Jr
22                                         303 Cello Cir
                                           Winter Springs FL 32708
23                                         Bainesleroy85@gmail.com

24

COMPLAINT FOR A CIVIL CASE - 1